UNITED STATES of America,
Plaintiff–Appellee,

v.

Richard Lee SCRIVNER, aka Richar Lee
Scrivener, Defendant–Appellant.

No. 97–35584.

United States Court of Appeals,
Ninth Circuit.

March 29, 1999.

Before: THOMPSON, LEAVY, and
TROTT, Circuit Judges.

ORDER WITHDRAWING OPINION

The Opinion filed February 5, 1999 [167 F.3d 525], is hereby Withdrawn pending further notification of this court.